**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| EDWARD HAWTHORN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CV 104-182 |
| | ) |
| MICHELLE MARTIN, Warden, and | ) |
| THURBERT E. BAKER, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Thurbert Baker is **DISMISSED** from the case; the motions to dismiss (doc. nos. 5 and 10) are **GRANTED**, this civil action is **DISMISSED** and a final judgment is **ENTERED** in favor of Respondent Martin.

SO ORDERED this 16 day of May, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

EDWARD H~~AWTORN~~  
    HAuthorn    )

vs    )    CASE NUMBER CV104-182

MICHELLE MARIN, et al.    )    DIVISION AUGUSTA

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated _____, which is part of the official record of this case.

Date of Mailing:    May 16, 2005

Date of Certificate    [X] same date,    or _____

Scott L. Poff, Clerk

By: _____  
Deputy Clerk

**Name and Address**

Edward Hawthorn, at prison  
Jason Charles Fisher  
Price H. Carroll

☐ Copy placed in Minutes  
☐ Copy given to Judge  
☐ Copy given to Magistrate